# UNITED STATES DISTRICT COURT

District of Massachusetts

Joele Spada

v.

Stop and Shop
Supermarket Company

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-11070 PB[S]

TO: (Name and address of Defendant)

Stop and Shop Supermarket Company
1385 Hancock Street
Quincy, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mitchell Notis
Law Office of Mitchell Notis
370 Washington Street
Brookline, MA 02445

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 23 2005

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/15/05
           *Date*           *Signature of Server*

                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**COMMONWEALTH OF MASSACHUSETTS**
**United States District Court, District of Massachusetts**
**Docket/Case No: 05-11070 PBS**

I hereby certify and return that today, September 15, 2005, at 3:35 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named Stop & Shop Supermarket Company, by giving in hand to Ashlye Cheschi, Agent in Charge. Said service was effected at: Stop & Shop Supermarket Company, 1385 Hancock Street, Quincy, MA .

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on September 15, 2005.

*[signature]*

**Barbara L. BeDugnis**, Process Server
& Disinterested Person over Age 18.   Total Fees: Total Price: $55.00
**Roscoe, BeDugnis & Associates**
15 Court Square, Suite 450
Boston , MA, 02108-2519
(617) 523-1036 , (617) 723-4247 Fax