**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOELE SPADA,<br><br>                Plaintiff,<br><br>v.<br><br>STOP AND SHOP SUPERMARKET<br>COMPANY,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-11070-PBS |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, as amended, the Defendant, The Stop & Shop Supermarket Company LLC ("Stop & Shop") states as follows:

Stop & Shop's parent corporation is Ahold U.S.A. Holdings, Inc. ("Ahold USA Holdings"). Other than Ahold USA Holdings, no other company owns ten percent or more of Stop & Shop's stock.

Ahold USA Holding's parent corporation is Royal Ahold N.V. Other than Royal Ahold N.V., no other publicly held company owns ten percent or more of Ahold USA Holding's stock.

Royal Ahold N.V. has no parent corporation, and no publicly held company owns ten percent or more of Royal Ahold N.V.'s stock.

Respectfully submitted,

DEFENDANT,
THE STOP & SHOP SUPERMARKET
COMPANY LLC

By its attorneys,


 /s/  Daniel B. Klein
Daniel B. Klein
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
617-946-4800

Dated: December 14, 2005


## CERTIFICATE OF SERVICE

I, Daniel B. Klein, hereby certify that on this 14th day of December, 2005, a true copy of the foregoing document was mailed, postage prepaid, to Mitchell J. Notis, Esq., Law Offices of Mitchell J. Notis, 370 Washington Street, Brookline, MA 02445, Counsel for the Plaintiff.


 /s/  Daniel B. Klein
Daniel B. Klein