UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOELE SPADA,<br><br>                 Plaintiff,<br><br>v.<br><br>STOP AND SHOP SUPERMARKET<br>COMPANY,<br><br>                 Defendant. | Civil Action No. 05-11070-PBS |

### DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, the Defendant, Stop and Shop Supermarket Company LLC, and its counsel hereby certify that they have conferred:

    (a)    with a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of this litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DEFENDANT
THE STOP AND SHOP SUPERMARKET COMPANY LLC

By _____        12/14/05
    James Venable                                           DATE
    Director of Employment & Regulatory Law

By _____        12/14/05
    Daniel B. Klein                                          DATE
    SEYFARTH SHAW LLP
    Two Seaport Lane, Suite 300
    Boston, MA 02210
    (617) 946-4800

## CERTIFICATE OF SERVICE

I, Daniel B. Klein, hereby certify that on this 14th day of December, 2005, a true copy of the foregoing document was mailed, postage prepaid, to Mitchell J. Notis, Esq., Law Offices of Mitchell J. Notis, 370 Washington Street, Brookline, MA 02445, Counsel for the Plaintiff.

/s/ Daniel B. Klein
Daniel B. Klein