UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joele Spada
Plaintiff,

   V.         Civil Action Number
               05-11070-PBS

Stop and Shop Supermarket Company
Defendant.           December 14, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 7/31/06

Summary Judgment Motion filing deadline: 9/30/06

Opposition to Summary Judgment Motions: 10/31/06

Reply: 11/14/06

Hearing on Summary Judgment or Pretrial Conference: 12/6/06 at 2:00 p.m.

Case to be referred to Mediation program: Spring, 2006

                By the Court,

                 /s/ Robert C. Alba
                Deputy Clerk