UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 DEC 13  P 4: 12

CIVIL ACTION NO: 05-11070-PBS

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JOELE SPADA <br> Plaintiff <br><br> v. <br><br> STOP AND SHOP SUPERMARKET COMPANY <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

LOCAL RULE 16.1 CERTIFICATION

Joele Spada, Plaintiff in the above-captioned action, and Mitchell J. Notis, counsel to Plaintiff Spada in this action, hereby certify and confirm that they have conferred:

a. with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and
b. to consider the resolution of this litigation through the use of alternative dispute resolution programs.

_____
Joele Spada

_____
Mitchell J. Notis
Law office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
617-566-2700
BBO# 374360

## CERTIFICATE OF SERVICE

I, Mitchell J. Notis, hereby certify that I served a copy of the foregoing document and attachments upon counsel for all other parties to this action by _____, this 13 day of Dec_____, 2005.

_____
Mitchell J. Notis

1