# SEYFARTH SHAW LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801
www.seyfarth.com

Writer's direct phone
(617) 946-4840

Writer's e-mail
dklein@seyfarth.com

December 27, 2005

The Honorable Patti B. Saris
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:    *Joele Spada v. Stop and Shop Supermarket Company*,
              Civil Action No. 05-11070 PBS

Dear Judge Saris:

    With regard to the above-referenced matter, the Parties have decided that they are not interested in accelerating mediation at this time.

    Thank you for your attention to this matter. Please do not hesitate to contact me should you have any questions.

                        Respectfully submitted,

                        SEYFARTH SHAW LLP

                        Daniel B. Klein

DBK:kh

cc: Mitchell Notis, Esq.

BO1 15754512.1

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA