UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOELE SPADA,<br><br>        Plaintiff,<br><br>v.<br><br>STOP AND SHOP SUPERMARKET COMPANY,<br><br>        Defendant. | Civil Action No. 05-11070-PBS |

### STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Joele Spada ("Plaintiff"), and the Defendant, Stop and Shop Supermarket Company ("Defendant"), in the above-captioned action hereby stipulate to the voluntary dismissal of all Counts of Plaintiff's Complaint against Defendant in this action with prejudice and without costs or interest.  All rights of appeal are hereby waived.

                                                                Respectfully submitted,

| | |
|---|---|
| PLAINTIFF,<br>JOELE SPADA | DEFENDANT,<br>THE STOP & SHOP SUPERMARKET<br>COMPANY LLC |
| By her attorney, | By its attorneys, |
| /s/  Mitchell J. Notis<br>Mitchell J. Notis<br>Law Offices of Mitchell J. Notis<br>370 Washington Street<br>Brookline, MA 02445<br>(617) 566-2700 | /s/  Daniel B. Klein<br>Daniel B. Klein<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210<br>617-946-4800 |
| Dated: May 4, 2006 | Dated: May 4, 2006 |

2

**CERTIFICATE OF SERVICE**

    I, Daniel B. Klein, hereby certify that on this 4th day of May, 2006, a true copy of the foregoing document was mailed, postage prepaid, to Mitchell J. Notis, Esq., Law Offices of Mitchell J. Notis, 370 Washington Street, Brookline, MA 02445, Counsel for the Plaintiff.

                                                                       /s/  Daniel B. Klein
                                                                       Daniel B. Klein

BO1 15771058.1